IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MARYLAND
Greenbelt Division

United States of America
Respondent,

Vs.   Crim. No. 8:1-566(DKG)

Josephine Virginia Gray
Defendant,
_____/

### DEFENDANT'S GRAY'S MOTION FOR LEAVE TO SUPPLEMENT HER PETITION FOR COMPASSIONATE RELEASE

Defendant, Josephine Virginia Gray, hereby respectfully moves this Honorable Court for leave to supplement the pending motion for compassionate release, pursuant to 18 U.S.C. Sections 3582 (c)(1)(A)(i) and 3553 (a), in the above-entitled style and number caption proceeding. She succinctly submits the following in support thereof:

1. On April 14, 2024, Ms. Gray filed the questioned motion for compassionate release. Although the court made certain preliminary rulings thereafter, it (Court) has yet to render a final resolution or decision in the matter.

2. Among other things, Ms. Gray has provided the court with substantial evidence supporting her opposition that She currently suffers from various Center for Disease Control (CDC) and Prevention COVID-19 required medical conditions which places her in a high-risk category of individuals who is subjected to experiencing catastrophic consequences or even death, if She is contracted with the viral Coronavirus, including but not limited to chronic kidney disease.

3. That said, Ms. Gray's supplement the above compassionate release proceeding with the foregoing intervening new factual developments which recently occurred on June 21, 2024, at the Unity Health Care, LLC. facility, during an emergency medical visit following complications (swelling in the legs, feet, and blood clots) Ms. Gray was/is experiencing involving the "ankle monitor" placed on her legs while under prerelease or home confinement under the Coronavirus Aid, Relief, and Economic Security Act (CARES Act) of 2020 and 18 U.S.C. Section 3624.

5. It was determined and recommended by Unity Health Care that the "ankle monitor bracelet" Ms. Gray is wearing should be removed because Ms. Gray is experiencing bilateral lower extremity edema with chronic kidney disease. Unity Health Care also determined that the ankle monitor bracelet, in question, is causing pooling and subsequent blood clots. See, (Exhibit attached hereto).

6. Despite, however, the severe health consequences of the ankle monitor bracelet attached to Ms. Gray's legs, the Bureau of Prison (BOP) has directed Ms. Gray not to remove the bracelet, and if She do remove it, she will receive a disciplinary infraction.

7. Taken together as a whole, Ms. Gray's chronic kidney disease, the ankle bracelet which is causing unwarranted swelling and blood clots in her legs, which, in turn, causing further damages to her kidney – in the midst of Her vulnerability of contracting COVID-19 infections, to the extent She faces catastrophic health or medical result, and the BOP's failure to remove the ankle bracelet – Ms. Gray respectfully moves the court to reduce her sentence to time served and an immediate release from in custom in home confinement under the CARES Act of 2020, to commence service of her 5-year term of supervised

release so that She can then remove the ankle bracelet on Her legs and avoid future medical problem.

## CONCLUSION

WHEREFORE, premises are considered Ms. Gray pray that the foregoing relief sought is hereby granted.

Respectfully Submitted

*[signature]*
Josephine V. Gray

## DECLARATION

I HEREBY DECLARE under penalty of perjury that the above statement of facts is true and correct to the best of my knowledge. 18 U.S.C. Section 1621 and 28 U.S.C. 1746.

Respectfully Submitted

*[signature]*
Josephine V. Gray

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _____ day of August, 2024, the foregoing was mailed for consideration.

Respectfully Submitted

Josephine V. Gray
Reg. No. 3756-037
4016 ½ N. Rogers Ave. Apt. B
Baltimore, Md. 21207
(202)409-9074